IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LIONEL CANNON                                                                                       PETITIONER
Reg. #91036-012

V.                                              2:12CV00003 JMM/JTR

T.C. OUTLAW, Warden,                                                                        RESPONDENT
FCI-Forrest City

## ORDER

Respondent has filed a Response and Motion to Dismiss this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. (Docket entry #6.)   Petitioner is directed to file a Reply , addressing Respondent's arguments, **on or before March 9, 2012.**

DATED THIS 10th DAY OF February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE